# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SAMUEL LEWIS TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:13CV1065 CEJ |
| | ) |
| UNKNOWN HULL, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

As directed by the Court, plaintiff has submitted the full names of the defendants identified in the complaint as "Heather Unknown" and " Unknown Yancy" for purposes of service of process.  Because plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, the Court will order the Clerk to effectuate service by summons on defendants Paula Heather and PamalaYancy, employees of Corizon, Inc., in their individual capacities, by instructing the United States Marshal to serve these defendants personally at the Potosi Correctional Center.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue summonses upon the complaint as to defendant Paula Heather, in her individual capacity, and as to defendant Pamala Yancy, in her individual capacity.

**IT IS FURTHER ORDERED** that the United States Marshal for this district is directed to personally serve the summonses and a copies of plaintiff's complaint on defendants Paula Heather and Pamala Yancy at the Potosi Correctional Center in Potosi, Missouri.

Dated this 3rd day of January, 2014.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE