UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAMUEL LEWIS TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:13-CV-1065-CEJ |
| ) | |
| UNKNOWN NULL, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

Before the court is plaintiff's motion to compel the Missouri Attorney General's Office to produce the full names and addresses of defendants Paula Heather and Pamala Yancy [Doc. #49]. As set forth below, the motion will be denied; however, counsel for Corizon, Inc. ("Corizon"), will be instructed to provide the court, *in camera*, with the last known addresses of these two defendants.

### **Background**

Because plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, the court is required to serve process on his behalf, provided that plaintiff has given the court proper service information with respect to each defendant. In his complaint, plaintiff asserted that defendants Heather Unknown and Unknown Yancy were Corizon nurses who worked at the Potosi Correctional Center ("PCC"). Plaintiff

subsequently advised the court that the nurses' names are Paula Heather and Pamala Yancy. As such, on January 3, 2014, the court ordered the Clerk to effectuate service by summons on these two defendants by instructing the United States Marshal to serve them personally at PCC. On January 13, 2014, the summonses were returned unexecuted as to both defendants; the Marshal noted that "per Corizon staff," these nurses were no longer employed at PCC [Docs. #34 and #35]. Additionally, a notation on the summons issued to Paula Heather suggested that her name may be "Heather Paul." No forwarding or contact information was available for either defendant.

On January 28, 2014, the court instructed plaintiff to provide the correct names and addresses of Paula Heather and Pamala Yancy so that service may be effected [Doc. #36]. On February 18, 2014, plaintiff filed the instant motion to compel the Missouri Attorney General's Office to produce the full names and addresses of these two defendants [Doc. #49]. Plaintiff states that he is unaware of the defendants' full names and addresses.

**Discussion**

The court takes judicial notice that Jessica Liss, an attorney with Jackson Lewis, P.C., 7733 Forsyth Boulevard, Suite 600, St. Louis, MO 63105, is counsel of record for Corizon, f/k/a Correctional Medical Services, Inc., in the Eastern District

of Missouri. Because the court has been unable to verify the current addresses of Paula Heather (or Heather Paul) and Pamala Yancy in order to accomplish service on plaintiff's behalf, Ms. Liss will be directed to provide the court, *in camera*, with their last known addresses.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel the Missouri Attorney General's Office to produce the full names and addresses of defendants Paula Heather and Pamala Yancy [Doc. #49] is **denied**.

**IT IS FURTHER ORDERED** that, **on or before April 26, 2014**, Jessica Liss, counsel for Corizon, shall provide the court with the last known addresses of defendants Paula Heather (or Heather Paul) and Pamala Yancy. Counsel's response to this Order should be titled "In Camera Response to Order of March 26, 2014," and should be mailed directly to the chambers of the undersigned at the following address: United States District Court, Eastern District of Missouri, Eastern Division, 111 S. 10th Street, St. Louis, Missouri, 63102.

**IT IS FURTHER ORDERED** that, upon of receipt of the *in camera* response, the court will either arrange for the issuance of the summonses on plaintiff's behalf as to defendants Paula Heather (or Heather Paul) and Pamala Yancy, or it will notify plaintiff in writing that the information was not obtained.

**IT IS FURTHER ORDERED** that the Clerk shall serve a copy of this Order on Jessica Liss, Jackson Lewis, P.C., 7733 Forsyth Boulevard, Suite 600, St. Louis, MO 63105, through her email address registered with the court's CM/ECF filing system.

Dated this 26th day of March, 2014.

_____
**UNITED STATES DISTRICT JUDGE**