# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL LEWIS TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13-CV-1065-CEJ |
| | ) | |
| UNKNOWN NULL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Before the court is the *in camera* response of Jessica Liss, counsel for Corizon, Inc., to the court's order [Doc. #53] directing her to provide the last known addresses of defendants Paula Heather (or Heather Paul) and Pamala Yancy for purposes of accomplishing service of process.

Because plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, the court is required to serve process on his behalf. As such, the court will order the Clerk to effectuate service by alias summons on defendants Paula Heather (or Heather Paul) and Pamala Yancy, employees of Corizon, Inc., in their individual capacities, by instructing the United States Marshals Service to serve an alias summons on each said defendant at their respective addresses set forth in the *in*

*camera* response [Doc. #54]. The Clerk's summons and the Marshal's return of summons for each defendant shall be filed under seal.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall prepare alias summonses for defendants Paula Heather (or Heather Paul) and Pamala Yancy, using their respective addresses listed in the *in camera* response [Doc. #54], and shall docket each alias summons under seal.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall serve defendants Paula Heather (or Heather Paul) and Pamala Yancy in accordance with Rule 4 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Marshal's return of summons for each defendant shall be filed under seal.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide the Marshals Service with a copy of this Memorandum and Order.

Dated this 21st day of April, 2014.

_____
**UNITED STATES DISTRICT JUDGE**